IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SANDRA BROWN,                      )
                                   )
     Plaintiff,                    )
                                   )     CIVIL ACTION NO.
     v.                            )        2:22cv96-MHT
                                   )           (WO)
AUTO CLUB FAMILY INSURANCE         )
COMPANY,                           )
                                   )
     Defendant.                    )
```

### ORDER

Based upon the joint stipulation of the parties (Doc. 14), it is ORDERED that:

(1) Plaintiff's motion to remand (Doc. 6) is granted, and pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Montgomery County, Alabama.

(2) The partial motion to dismiss, or alternatively, for a more definite statement (Doc. 4) is denied without prejudice.

(3) The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 27th day of April, 2022.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**